COURTESY COPY

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2014

---

WRITER'S DIRECT DIAL NO.
(212) 849-7330

WRITER'S INTERNET ADDRESS
stephenbroome@quinnemanuel.com

March 5, 2014

**VIA ECF AND HAND DELIVERY**

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Repsol, S.A. v. Chevron Corp.*, 12-cv-08799 (TPG)

Dear Judge Griesa:

We represent Plaintiff Repsol, S.A. in the above-captioned action. I write on behalf of both parties to advise the Court that Repsol and the Republic of Argentina are in settlement negotiations that may obviate the need for the Court to decide Chevron's Motion to Dismiss the Amended Complaint in the above-captioned action, which is *sub judice*. Accordingly, the parties request that the Court stay the action for 90 days while Repsol and the Republic of Argentina finalize their settlement.

Respectfully submitted,

Stephen A. Broome

cc: Michael S. Sommer
Wilson Sonsini Goodrich & Rosati, LLP
(Attorneys for Chevron Corp.)

*Approved.*
Thomas P. Griesa
USDJ
3/7/14

**MEMO ENDORSED**

---

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG